DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JORGE RODRIGUEZ** and **LUIS RODRIGUEZ**
Appellants,

v.

**JUAN RODRIGUEZ, et al.,**
Appellees.

No. 4D22-1978

[May 18, 2023]

Appeal from the Circuit Court of the Seventeenth Judicial Circuit, Broward County; Carol-Lisa Phillips, Judge; L.T. Case No. CACE19-024427

Jorge Rodriguez and Luis Rodriguez, Pompano Beach, pro se.

No appearance by appellees.

PER CURIAM.

*Affirmed.*

LEVINE, FORST, and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***